# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| GREGORIO ORTIZ-CERVANTES, <br><br> Petitioner, <br><br> v. <br><br> JAMES JANECKA et al., <br><br> Respondents. | Case No. 5:26-cv-01707-JAK-DFMx <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.  IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.

2. The Petition for Writ of Habeas Corpus is GRANTED.

3. Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf, in concert or in participation with them, are ENJOINED AND RESTRAINED from re-detaining Petitioner unless and until the Government has complied with applicable regulations and procedures as to the revocation of Petitioner's OSUP, including 8 C.F.R. §§ 241.4 and 241.13.

4.      Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf, in concert or in participation with them, are ENJOINED AND RESTRAINED from removing Petitioner to any country other than Mexico, unless and until Respondents first follow the procedures required under 8 U.S.C. § 1231.

Date: May 20, 2026       _____

                         JOHN A. KRONSTADT
                         United States District Judge