JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

GREGORIO ORTIZ-CERVANTES,

Petitioner,

v.

JAMES JANECKA et al.,

Respondents.

Case No. 5:26-cv-01707-JAK-DFMx

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.    The Petition for Writ of Habeas Corpus is GRANTED.

2.    Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf, in concert or in participation with them, are ENJOINED AND RESTRAINED from re-detaining Petitioner unless and until the Government has complied with applicable regulations and procedures as to the revocation of Petitioner's OSUP, including 8 C.F.R. §§ 241.4 and 241.13.

3.    Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf, in concert or in participation with them, are ENJOINED AND RESTRAINED from removing Petitioner to any country

other than Mexico, unless and until Respondents first follow the procedures required under 8 U.S.C. § 1231.

Date: May 20, 2026

JOHN A. KRONSTADT
United States District Judge